UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 24-12464 |
| Chelsey Jimenez ) | | |
| ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A., for Relief from Stay, the parties having agreed as set forth in this order, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtor shall make monthly payments in the amount of $682.96 directly to Capital One Auto Finance, a division of Capital One, N.A., continuing with the August 18, 2025 post-petition payment.

2. In the event Debtor fails to tender any two or more payments as set forth in paragraph one, Capital One Auto Finance, a division of Capital One, N.A., shall mail a Notice of Default to Debtor, and Debtor's attorney, if Debtor does not provide full cure within 14 days after service of the Notice, the Automatic Stay in this case shall be modified as to Debtor, upon filing a Notice of Termination of Stay with this Court, to permit Capital One Auto Finance, a division of Capital One, N.A., its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2018 Honda Accord Sedan 4D EX-L 2.0L I4 Turbo Auto, VIN 1HGCV2F59JA026672.

3. If applicable, upon modification of the automatic stay as outlined above, and after Capital One Auto Finance, a division of Capital One, N.A., has foreclosed its security interest in one 2018 Honda Accord Sedan 4D EX-L 2.0L I4 Turbo Auto, VIN 1HGCV2F59JA026672, said creditor may file an amended, unsecured claim for any deficiency balance remaining in compliance with the US Bankruptcy Code.

4. Debtor shall at all times maintain valid insurance on the 2018 Honda Accord Sedan 4D EX-L 2.0L I4 Turbo Auto, VIN 1HGCV2F59JA026672, wherein Capital One Auto Finance, a division of Capital One, N.A., is listed as the lienholder/loss payee and shall provide said creditor with proof of same without demand.

5. Attorney's fees in the amount of $200.00 and costs in the amount of $199.00 are allowed and shall be paid by Debtor to Capital One Auto Finance, a division of Capital One, N.A. within 90 days of the entry of this order.

/s/ Michelle Mandroiu_____          /s/ Jennifer Rinn_____

| Attorney for Debtor | Attorney for Capital One Auto Finance, a division of Capital One, N.A. |
|---|---|

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 08, 2025

**Prepared by:**

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com